NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PHILLIP LEE GOSS,**
*Petitioner,*

**v.**

**DEPARTMENT OF STATE,**
*Respondent.*

---

2014-3124

---

Petition for review of the Merit Systems Protection Board in No. DC1221140141-W-1.

---

## ON MOTION

---

## O R D E R

Phillip Lee Goss moves for leave to proceed in forma pauperis.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

2                                      GOSS v. DEPARTMENT OF STATE

FOR THE COURT

/s/ Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s24